UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMONA WHITE,

    Plaintiff,

v.

VANCOUVER NEUROLOGISTS AND NEUROPHYSIOLOGISTS, P.S. and DOES 1-10,

    Defendants.

Case No.  C05-5093RJB

ORDER GRANTING MOTION TO ENLARGE TIME FOR HEARING AND RESPONSE TO MOTION FOR SUMMARY JUDGMENT

    This matter comes before the court on Plaintiff's Motion To Enlarge Time for Hearing and Response to Motion for Summary Judgment (Dkt. 16). The court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

**I. FACTUAL AND PROCEDURAL BACKGROUND**

    On February 3, 2005, Ms. White filed suit against Vancouver Neurologists and Neurophysiologists. Ms. White is of German descent, speaks with an accent, and is in an interracial marriage. She contends that the defendants harassed, discriminated against, and constructively discharged her on the basis of her national origin and her interracial marriage. She further contends that the defendants maintained a hostile work environment and that she was retaliated against for complaining about the environment and about being harassed. Finally, she contends that her pay was not comparable to that of similarly situated employees. Ms. White sues

ORDER - 1

1  under Title VII of the Civil Rights Act of 1991 and the Civil Rights Act of 1866 and under RCW
2  49.60.
3      On November 9, 2005, Vancouver Neurologists ("the Clinic") filed a summary judgment
4  motion. Dkt. 12. The court informed the parties by conference call that the motion appeared to be
5  over-length. The Clinic filed an amended motion on November 14. Dkt. 14. This filing altered the
6  original noting date, so the Clinic amended the original motion for summary judgment on
7  November 15 in order to preserve the original noting date of December 2, 2005. Dkt. 15.
8      On November 21, 2005, Ms. White moved for an extension of time to respond to the
9  motion for summary judgment. Dkt. 16. The motion was noted for decision after the noting date
10 of the motion for summary judgment. By minute order, the court re-noted the motion for
11 consideration on the same day as the motion for summary judgment in order to afford sufficient
12 time for the parties to file a response and a reply and to ensure that the motion was not rendered
13 moot by a decision on the motion for summary judgment. Dkt. 19.

## II. DISCUSSION

16     Ms. White asks the court to delay a decision on the motion for summary judgment until
17 December 16, 2005, or sometime in January 2006. Dkt. 16-2 at 2. Mary A. Betker, attorney on
18 behalf of Ms. White, contends that a family obligation and "the holidays" preclude her from being
19 able to adequately respond to the motion for summary judgment in the time allotted under Local
20 Rule CR 7(d)(3). She contends that she has an important family reunion scheduled for November
21 25 through December 2 in Salt Lake City. Dkt. 16-3 at 2.
22     The Clinic contends that the plaintiff should have known about the family reunion earlier
23 and should have sought relief before the filing deadline for dispositive motions had passed. Dkt.
24 17 at 4. The Clinic further contends that the plaintiff knew that the deadline for dispositive
25 motions fell during the holiday season as early as April 29, 2005, and should have sought relief
26 earlier. *See* Dkt. 11. Finally, the Clinic contends that it would suffer prejudice if the motion were
27 granted because "the parties would not likely have a decision regarding the motion until well into

ORDER - 2

the pre-trial preparations" and because such a delay "may cause unnecessary and expensive pre-trial preparations." Dkt. 17 at 3-4.

While the Clinic is correct to note that the justifications the plaintiff offers for delaying a decision on the motion for summary judgment could have been brought to the court's attention earlier, the Clinic does not demonstrate any burden or prejudice other than the inconvenience inherent to any delay in litigation. The court should grant the plaintiff's motion and re-note the Clinic's motion for summary judgment for December 16, 2005, in order to afford all parties the opportunity to present their arguments to the court and to ensure that the court is equipped to render a just decision.

### III. ORDER

Therefore, it is hereby

**ORDERED** that the Plaintiff's Motion To Enlarge Time for Hearing and Response to Motion for Summary Judgment (Dkt. 16) is **GRANTED**. The Defendant's Motion for Summary Judgment, as amended (Dkt. 15), is re-noted for consideration on December 16, 2005. The parties shall file their response and reply, if any they may have, in accordance with the Local Rules.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address. The Clerk is further directed to send certified copies of this order to the Clerk of the Court for Clark County Superior Court.

DATED this 5th day of December, 2005.

Robert J. Bryan
United States District Judge

ORDER - 3